**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1030

WILLIE SINGLETON,

Plaintiff - Appellant,

and

TONY VANDERHORST; EVELYN MCCRAY,

Plaintiffs,

v.

CITY OF GEORGETOWN; ROBERT DURANT COX; RYAN J. CALL; RICK MARTIN; SANDRA E. YUDICE; BRENDON BARBER, Former Mayor; CLARENCE SMALLS, Council Member; TUPELO HUMES, Council Member; HENRY MILTON, Council Member; AL JOSEPH, Council Member; CAROL JAYROE, Council Member and Mayor; JIM CLEMENTS, Council Member; JOHNATHAN ANGNER, Council Member; JIMMY MORRIS, Council Member; TAMEKA WILLIAMS OBENG,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:23-cv-03594-RMG)

Submitted:  April 10, 2025                     Decided:  April 15, 2025

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

---

Willie Singleton, Appellant Pro Se.  Carmen Vaughn Ganjehsani, RICHARDSON PLOWDEN & ROBINSON, PA, Columbia, South Carolina; Payton Hoover RICHARDSON PLOWDEN, PA, Mount Pleasant, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Singleton appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Vanderhorst v. City of Georgetown*, No. 2:23-cv-03594-RMG (D.S.C., Dec. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
